**No. 44580.**—Petitions 5744–R, etc., of Henry S. Beach (El Paso).

Opinion by DALLINGER, J.   From a consideration of all the facts in the case the court was satisfied of the good faith of the petitioner.   The petitions were therefore granted.